**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

John Hart, Claimant, Appellant,

v.

Owen Steel Company, Employer, and Old Republic Insurance Company, Carrier, Respondents.

Appellate Case No. 2013-001094

———————

Appeal From The Workers' Compensation Commission

———————

Unpublished Opinion No. 2015-UP-196
Submitted March 26, 2015 – Filed April 15, 2015

———————

**AFFIRMED**

———————

Stephen Benjamin Samuels, of Samuels Law Firm, LLC, of Columbia, for Appellant.

Weston Adams III and Jason Wendell Lockhart, of Columbia, and Helen F. Hiser, of Charleston, all of McAngus Goudelock & Courie, LLC, and M. McMullen Taylor, of Mullen Taylor, LLC, of Columbia, for Respondents.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Griffith v. Griffith*, 332 S.C. 630, 646, 506 S.E.2d 526, 534 (Ct. App. 1998) ("The entitlement of the [party] to an award of attorney's fees is not appealed, and is therefore the law of the case."); *Green v. City of Columbia*, 311 S.C. 78, 80, 427 S.E.2d 685, 687 (Ct. App. 1993) ("The findings of fact and law by the [single] commissioner become and are the law of the case, unless within the scope of *the appellant's exception* to the [Appellate Panel] and its notice to the respondent of the issues the respondent would be required to meet." (emphasis added)); *id.* at 80–81, 427 S.E.2d at 687 (finding the Appellate Panel did not have authority to reach an issue because the litigant did not raise it in his application for review before the Appellate Panel and due process requires litigants receive notice of the issue to be met on appeal).

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.